BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA N. NESHEIWAT, | ) |
| | ) Case No.: 2:15-cv-1289 JAM EFB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order to** |
| v. | ) **Transfer Venue** |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SREVICES, et al., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

This is an immigration case in which Plaintiff seeks mandamus and declaratory relief toward the end of amending her certificate of naturalization.  Because the administrative action challenged occurred in the Los Angeles District Office of U.S. Citizenship and Immigration Services, and/or the Santa Ana Field Office, the parties stipulate to transfer venue to the Central District of California.  28 U.S.C. §§ 1391(b)(2) & 1391(e)(1)(B).

Dated: August 18, 2015             Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

1

DATED: August 18, 2015          Respectfully submitted,

<u>/s/ Richard M. Wilner</u>
RICHARD M. WILNER
Attorney for the Plaintiff

## ORDER

Pursuant to the joint stipulation, this matter is hereby transferred to the Central District of California.

DATED: 8/18/2015

<u>/s/ John A. Mendez          </u>
JOHN A. MENDEZ
United States District Court Judge